No. 148. MARINE NATIONAL EXCHANGE BANK OF MIL-WAUKEE ET AL. *v.* KALT-ZIMMERS MANUFACTURING CO. ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. George D. Van Dyke, Leon Ē. Kaumheimer,* and *George A. Affeldt* for petitioners. *Mr. Irving A. Fish* for respondents.

No. 154. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK *v.* JOHNSON, ADMINISTRATOR. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. James C. Martin* and *Frederick L. Allen* for petitioner. *Messrs. John S. Barbour* and *Burnett Miller* for respondent.

No. 161. UNITED STATES *v.* SPAULDING. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Biggs* for the United States. *Messrs. Philip D. Beall* and *Warren E. Miller* for respondent.

No. 170. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* TWIN BELL OIL SYNDICATE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Biggs, Assistant Attorney General Wideman, Mr. James W. Morris,* and *Miss Helen R. Carloss* for petitioner. *Messrs. George H. Koster* and *L. A. Luce* for respondent.